IN THE UNITED STATES DISTRICT COURT
SOUTEHRN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **FERNANDO LAGUNAS**, on behalf of himself individually, and on behalf of others similarly situated<br><br>     Plaintiff,<br>v.<br><br>**LA RANCHERA, INC.**,<br><br>     Defendant. | §<br>§<br>§<br>§<br>§   **Case No.**: 4:22-cv-00017<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF SETTLEMENT

Plaintiff and Defendant hereby give notice to the Court that the parties have negotiated a resolution to this case regarding all claims. The parties are preparing the final documentation and anticipate having an Order for the Court to consider within thirty (30) days.

Respectfully submitted,

*/s/ Gregg M. Rosenberg*
Gregg M. Rosenberg
USDC SD/TX No.: 7325
Texas State Bar ID: 17268750
Rosenberg & Associates
3518 Travis Street, Suite 200
Houston, Texas 77002
Telephone No.: (713) 960-8300
Facsimile No.: (713) 621-6670
E-Mail: gregg@rosenberglaw.com
Attorney-In-Charge for Plaintiff

*/s/ Lionel M. Schooler* **(with permission)**
Lionel M. Schooler
USDC SD/TX No.: 726
State Bar No.: 17803324
Jackson Walker L.L.P.
1401 McKinney Avenue, Suite 1900
Houston, Texas 77010
Telephone No.: (713) 752-4200
Facsimile No.: (713) 308-4156
E-Mail: lschooler@jw.com
Attorney for Defendant